CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 13 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVE RAY MEEKS,<br>    Plaintiff, | )<br>)  Civil Action No. 7:06CV00602<br>) |
| v. | )  **FINAL ORDER**<br>) |
| UNITED STATES PENITENTIARY -<br>LEE, <u>et al.</u>,<br>    Defendants. | )  By: Hon. Glen E. Conrad<br>)  United States District Judge<br>) |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1); and

2. All other pending motions are **DISMISSED** as moot.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This __12th__ day of February, 2007.

                                                    /s/ Glen E. Conrad
                                                  United States District Judge